**N.C. DEPT. OF CORRECTION v. HARDING**

[344 N.C. 625 (1996)]

NORTH CAROLINA DEPARTMENT OF CORRECTION v. JANICE HARDING

No. 491PA95

(Filed 11 October 1996)

On plaintiff's petition for writ of certiorari pursuant to N.C.G.S. § 7A-32(b) and on defendant's petition for discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 120 N.C. App. 451, 462 S.E.2d 671 (1995), vacating a judgment entered at the 24 October 1994 Civil Session of Superior Court, Wake County, by Greene, J., and remanding with instructions. Heard in the Supreme Court 13 September 1996.

*Michael F. Easley, Attorney General, by Valerie L. Bateman, Assistant Attorney General, for plaintiff-appellant and -appellee.*

*Marvin Schiller for defendant-appellant and -appellee.*

PER CURIAM.

AFFIRMED.